# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Oscar Joel Zamora**; DOB: 2002; United States<br>**Baldo Gutierrez-Barajas**; DOB: 2003; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-07279MJ |

| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 9, 2025, in the District of Arizona, **Oscar Joel Zamora** and **Baldo Gutierrez-Barajas**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Oscar De Jesus Armenta-Higuera, Oswaldo Reyes-Ciriaco, and Florencio Cruz-Hernandez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 9, 2025, at approximately 5:26 p.m. in the District of Arizona (Nogales), Border Patrol Agents (BPAs) were conducting roving patrol operations on State Route (SR) 82 when they noticed a gray Toyota Tacoma travelling east near Patagonia, Arizona. BPAs noted that SR 82 is commonly used by smuggling organizations to circumvent an immigration checkpoint located on Interstate 19. BPAs were aware that there are no operational checkpoints on SR 82 or SR 83 and that smugglers use this route to gain access to Interstate 10. BPAs noted that the Tacoma matched the description of a vehicle that previously failed to yield in the area. BPAs followed the Tacoma and observed that it appeared heavily laden in the rear with no visible cargo. The Tacoma was observed to be driving erratically and changing speeds often. BPAs noted that this type of driving pattern indicated that the driver was focused on the law enforcement vehicle behind them and not on the road. BPAs ran records checks on the Tacoma and were advised that the vehicle was registered out of Tolleson, Arizona and had an alert for previously being involved in a failure to yield. BPAs initiated a traffic stop near mile marker 28 to conduct an immigration inspection, and the driver failed to yield. BPAs successfully deployed a Vehicle Immobilization Device on the Tacoma near mile marker 31. BPAs deactivated their lights and sirens, pulled to the side of the road, and terminated the pursuit as instructed by a Supervisory Border Patrol Agent (SBPA). Approximately four minutes later, BPAs began driving east on SR 82 and encountered the Tacoma stopped at a rest stop near mile marker 32. BPAs approached the vehicle and apprehended the driver, identified as **Oscar Joel Zamora**, and the passenger, identified as **Baldo Gutierrez-Barajas**. BPAs observed dried grass in the cab of the vehicle which is consistent with individuals who have been walking through the desert. At 5:50 p.m., BPAs and a K9 unit began tracking and discovered a group of seven individuals hiding in the brush less than a mile from where the Tacoma was located.

**Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Oscar De Jesus Armenta-Higuera, Oswaldo Reyes-Ciriaco, and Florencio Cruz-Hernandez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*[signature]*<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1])<br>*Jacqueline M. Rateau* | DATE<br>March 10, 2025 |

[1]) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page:**

An immigration inspection was conducted on the seven individuals, including Oscar De Jesus Armenta-Higuera, Oswaldo Reyes-Ciriaco, and Florencio Cruz-Hernandez, and they were determined to be citizens of Mexico illegally present in the United States. Records checks revealed that Oscar De Jesus Armenta-Higuera, Oswaldo Reyes-Ciriaco, and Florencio Cruz-Hernandez do not possess the proper documentation to enter, pass through, or remain in the United States legally. **Zamora** and **Gutierrez** were determined to be United States citizens.

Material witness Oscar De Jesus Armenta-Higuera stated that he paid $13,500 to be smuggled into the United States. Armenta stated that he crossed the border by himself and was guided over the telephone. Armenta stated that he got into a gray truck which he identified as being the same one that he ran from before being apprehended. Armenta stated that he got into the vehicle by himself and that they drove into the desert and picked up six more individuals. Armenta described the driver of the vehicle as clean shaven and Spanish speaking. Armenta positively identified **Zamora** from a six-pack lineup as being the driver of the Tacoma. Armenta described the passenger of the vehicle as having a beard and positively identified **Gutierrez** from a six-pack lineup as being the passenger.

Material witness Oswaldo Reyes-Ciriaco stated that he paid a total of $11,500 to be smuggled into the United States. Reyes stated that he crossed the border as part of a group of six individuals and that they walked for approximately two hours to their intended load up location. Reyes stated that he was picked up in a black Tacoma which he identified as the same one that he ran from before being apprehended. Reyes stated that he sat in the rear passenger compartment of the vehicle. Reyes stated that the driver of the vehicle told them to run when they were encountered by Border Patrol. Reyes was able to positively identify **Zamora** from a six-pack lineup as being the driver of the vehicle.

Material witness Florencio Cruz-Hernandez stated that he paid a total of $10,000 to be smuggled into the United States. Cruz stated that he crossed the border as part of a group of six individuals near Nogales, Arizona. Cruz claimed that he walked for approximately two hours before arriving at his intended load up destination. Cruz stated that he was picked up in a vehicle which he identified as being the same one he ran from before being apprehended. Cruz positively identified **Zamora** from a six-pack lineup as being the driver of the vehicle. Cruz stated that he was in the vehicle for approximately 30 minutes before being encountered by Border Patrol.

After waiving his *Miranda* rights, **Baldo Gutierrez-Barajas** would not say where the group was picked up. **Gutierrez** stated that he was going to be paid less than $3,500 to transport the group to Tucson, Arizona. **Gutierrez** stated that he did not speak to the group and did not know their country of origin.